STATE OF FLORIDA, ex rel. STREPPER REALTY CORPORATION, *Petitioner*, vs. CITY OF JACKSONVILLE and another, *Respondents*.

En Banc.
Decision filed March 24, 1931.
Petition for rehearing denied June 22, 1931.

*P. H. Odom* and *George C. Bedell*, for Petitioner;
*Austin Miller, Gov Hutchinson, Emmet Safay* and *Harvey Mabry*, for Respondents.

TERRELL, J.—The pleadings in this case are the same and are predicated on facts identical with those prevailing in State of Florida ex. rel. S. C. Taylor vs. City of Jacksonville decided this date. The motion to quash the alternative writ in the instant case is therefore granted on authority of State of Florida ex rel. S. C. Taylor vs. City of Jacksonville this day decided.

BUFORD, C.J., AND WHITFIELD, ELLIS, BROWN AND DAVIS, JJ., concur.